<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-6576**

―――――――――

GARY SHEPPARD,

Petitioner - Appellant,

versus

HOWARD PAINTER, Warden,

Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Southern District of West Virginia, at Parkersburg.   Joseph Robert Goodwin, District Judge.  (CA-98-839-6)

―――――――――

Submitted:  July 8, 1999              Decided:  July 15, 1999

―――――――――

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Matthew Anthony Victor, Charleston, West Virginia, for Appellant. Scott E. Johnson, Kristine Marie Howard, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary Sheppard seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Sheppard v. Painter, No. CA-98-839-6 (S.D.W. Va. Apr. 13, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2